IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JACKQUELINE KAY GRIFFIS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:09-CV-149 (HL) |
| MICHAEL J. ASTRUE, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 11) filed March 3, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 12) filed March 16, 2011 has also been read and thoroughly considered and is found to be without merit. The decision of the Commissioner of Social Security is supported by substantial evidence and, therefore, affirmed.

**SO ORDERED,** this the 24th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**